UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VU NGUYEN,<br><br>             Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, *et al.*,<br><br>             Respondents. | Civil No. 07cv2314-L(CAB)<br><br>**ORDER GRANTING MOTION FOR APPOINTMENT OF COUNSEL and TO SHOW CAUSE** |

Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and a motion for appointment of counsel under 18 U.S.C. § 3006A. Petitioner has been subject to a final order of removal since June 7, 2007. He alleges that his continued and indefinite detention is unlawful because he has been detained beyond the presumptively reasonable period of six months and there is no significant likelihood of removal of petitioner to Vietnam in the reasonably foreseeable future. *See Zadvydas v. Davis*, 533 U.S. 678 (2001); *Nadarajah v. Gonzales*, 443 F.3d 1069 (9th Cir. 2006).

**1.     Motion for Appointment of Counsel**

Petitioner moves for appointment of counsel under 18 U.S.C. § 3006A(a)(2). Under this statute, the district court may appoint counsel for financially eligible petitioners seeking relief under 28 U.S.C. § 2241 when the interests of justice so require. The Court considers whether there is a likelihood of success on the merits and whether the unrepresented petitioner has the

ability to articulate his claims in light of the complexity of the issues presented. *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983). Having reviewed the motion and attachments, the Court finds that appointment of counsel is appropriate in this case. Federal Defenders of San Diego, Inc., has requested to be appointed to represent petitioner in this matter. Good cause appearing, the Court **GRANTS** petitioner's motion for appointment of counsel.

**2.     Order to Show Cause**.

Having received and reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, **IT IS HEREBY ORDERED**:

Respondents shall file a return to the petition for writ of habeas corpus on or before **January 7, 2008.** Respondents shall include copies of all pertinent documents, orders, and transcripts relevant to this motion, and shall also make a recommendation regarding the need for an evidentiary hearing on the merits of the Petition. Petitioner shall file a traverse on or before **January 21, 2008**. *The matter will be deemed under submission at that time*.

**IT IS SO ORDERED.**

DATED: December 11, 2007

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL