**JANET C. TUNG**
California State Bar No. 231682
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone No. (619) 234-8467
Email: janet_tung@fd.org

Attorneys for Mr. Vu Nguyen

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| VU NGUYEN, ) | CASE NO. 07CV2314-L(CAB) |
| Petitioner, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| MICHAEL CHERTOFF, et al., ) | |
| Respondents. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Janet C. Tung, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: December 18, 2007         */s/ JANET C. TUNG*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
Janet_Tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  December 18, 2007         */s/ JANET C. TUNG*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Janet_Tung@fd.org (email)

07cv2314

2