KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119
Facsimile:  (619) 557-5004
Email: samuel.bettwy@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VU NGUYEN,<br><br>             Petitioner,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, MICHAEL MUKASEY, Attorney General, ROBIN F. BAKER, Director of San Diego Field Office, U.S. Immigration and Customs Enforcement, JOHN A. GARZON, Officer-in-Charge,<br><br>             Respondents. | Case No. 07cv2314-L (CAB)<br><br>NOTICE OF "APPEARANCE"<br><br>CTRM:   14<br>JUDGE:  M. James Lorenz |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

   I, the undersigned attorney, enter my appearance as lead counsel for Respondents in the above-captioned case. I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

   **Samuel W. Bettwy**   Tel: 619-557-7119   Email: samuel.bettwy@usdoj.gov

///

///

1  Effective this date, the following attorneys are no longer associated with this case and should not
2  receive any further Notices of Electronic Filings relating to activity in this case:

None

This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and does not constitute a waiver of any defense or objection, including but not limited to personal jurisdiction, sufficient process, sufficient process of service and proper venue.

Please feel free to contact me should you have any questions regarding this notice.

DATED:   December 31, 2007

                          Respectfully submitted,

                          KAREN P. HEWITT
                          United States Attorney

                          s/ *Samuel W. Bettwy*

                          SAMUEL W. BETTWY
                          Assistant United States Attorney

                          Attorneys for Respondents
                          Email: samuel.bettwy@usdoj.gov