|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

VU NGUYEN,  )  Case No. 07cv2314-L (CAB)
                )
        Petitioner, )
                )  CERTIFICATE OF SERVICE
    v.                 )  BY ELECTRONIC COURT
                )  FILING ("ECF")
                )
MICHAEL CHERTOFF, Secretary of )
the Department of Homeland Security, )
MICHAEL MUKASEY, Attorney )
General, ROBIN F. BAKER, Director of )
San Diego Field Office, U.S. )
Immigration and Customs Enforcement, )
JOHN A. GARZON, Officer-in-Charge, )
                )
       Respondents. )
_____ )
                )
STATE OF CALIFORNIA )
                )
COUNTY OF SAN DIEGO ) ss.
                )

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action.

On December 31, 2007, I am causing service of the following (accompanying) document

**NOTICE OF "APPEARANCE"**

on Petitioner, through Petitioner's attorney of record, **JANET TUNG**, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System result in electronic notification to said attorney of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 31st day of December, 2007.

                                                           s/ *Samuel W. Bettwy*
                                                           SAMUEL W. BETTWY