KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119
Facsimile:  (619) 557-5004
Email: samuel.bettwy@usdoj.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VU NGUYEN, | Case No. 07cv2314-L (CAB) |
| Petitioner, | |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security, MICHAEL MUKASEY, Attorney General, ROBIN F. BAKER, Director of San Diego Field Office, U.S. Immigration and Customs Enforcement, JOHN A. GARZON, Officer-in-Charge, | EX PARTE REQUEST FOR NINE-DAY EXTENSION OF TIME TO FILE RETURN TO PETITION FOR WRIT OF HABEAS CORPUS |
| Respondents. | |

Due to the short amount of time that the undersigned has had to prepare a Return in this case[1] and given an indication today by local officials of Immigration and Customs Enforcement ("ICE") that a final decision on whether to release Petitioner Nguyen will be made by ICE Headquarters this week, the undersigned seeks a nine-day extension of

---

[1] The Petition was filed on December 11, 2007, and the Court issued its scheduling order on the very same day, requiring the filing of a Return by January 7, 2008. Due to absences of personnel during the holidays, the undersigned did not become aware of the case until December 28, 2007, and has had inadequate time to obtain needed information and documentation in this case.

time, namely until January 18, 2008, to file a Return in this case. The undersigned telephoned Petitioner's counsel Janet Tung at about 4:20pm this day to discuss the possibility of a joint motion, but she was not available to take the call.

DATED:   January 7, 2008

          Respectfully submitted,

          KAREN P. HEWITT
          United States Attorney

          s/ *Samuel W. Bettwy*

          SAMUEL W. BETTWY
          Assistant United States Attorney

          Attorneys for Respondents
          Email: samuel.bettwy@usdoj.gov