UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VU NGUYEN,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL CHERTOFF, *et al.*,<br><br>    Respondents. | Civil No. 07cv2314-L(CAB)<br><br>**ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RETURN TO PETITION FOR WRIT OF HABEAS CORPUS [doc. #7]** |

Good cause appearing, **IT IS HEREBY ORDERED** that respondents' *ex parte* motion for an extension of time to file and serve their return to the petition for writ of habeas corpus is **GRANTED**. **IT IS FURTHER ORDERED** that on or before **January 18, 2008**, the Government shall serve and file a return and on or before **February 1, 2008**, Petitioner may serve and file a Traverse. Upon receipt of the Traverse, or upon expiration of the deadline to file a Traverse, the matter will be taken under submission for decision on the papers, absent further order of the court.

**IT IS SO ORDERED.**

DATED: January 10, 2008

                                          M. James Lorenz<br>
                                          United States District Court Judge

/ / /

/ / /

1  COPY TO:

2  HON. CATHY ANN BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE
3

4  ALL PARTIES/COUNSEL