**JANET TUNG**
California State Bar No.231682
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Janet_Tung@fd.org

Attorneys for Petitioner VU NGUYEN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| **VU NGUYEN,** | CASE NO. 07CV2314-L (CAB) |
| Petitioner, | |
| v. | **PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION** |
| **MICHAEL CHERTOFF, et al.,** | **[Fed. R. Civ. P. 41(a)(1)]** |
| Respondents. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), petitioner Vu Nguyen, by and through counsel, Janet Tung and Federal Defenders of San Diego, Inc., gives notice that he hereby dismisses the above-captioned action without prejudice. Petitioner was released from the custody of respondents on January 9, 2008. His petition for a writ of habeas corpus is now moot.

Respectfully submitted,

DATED: January 10, 2008         */s/ Janet Tung*
                                **JANET TUNG**
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Petitioner VU NGUYEN
                                janet_tung@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Petitioner certifies that the foregoing pleading is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy Chambers

    Copy Assistant U.S. Attorney via ECF NEF

    Copy Petitioner

Dated: January 10, 2008　　　　　　　　/s/ JANET C. TUNG
　　　　　　　　　　　　　　　　　　Federal Defenders of San Diego, Inc.
　　　　　　　　　　　　　　　　　　225 Broadway, Suite 900
　　　　　　　　　　　　　　　　　　San Diego, CA 92101-5030
　　　　　　　　　　　　　　　　　　(619) 234-8467  (tel)
　　　　　　　　　　　　　　　　　　(619) 687-2666  (fax)
　　　　　　　　　　　　　　　　　　Janet_Tung@fd.org (email)